UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MATTHEW RAETHER,
        Plaintiff,

v.                                          Case No. 16-CV-952

WISCONSIN DEPARTMENT OF WORKFORCE
DEVELOPMENT and MADISON AREA
ELECTRICAL APPRENTICESHIP COMMITTEE,
        Defendants.

## ORDER

Matthew Raether brings this suit against the Wisconsin Department of Workforce Development and Madison Area Electrical Apprenticeship Committee, alleging that defendants failed to accommodate his disability, depression, and discriminated against him because of his disability and sex and thereby violated Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act Amendments Act of 2008. On October 19, 2016, defendants moved to dismiss this case under Federal Rule of Civil Procedure 12(b)(6). ECF No. 8. On November 7, plaintiff moved for leave to file an amended complaint. ECF No. 10. On November 11, defendants responded to plaintiff's motion, saying, "[T]he defendants do not oppose the proposed amendment." ECF No. 11, at 1.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for leave to file an amended complaint (ECF No. 10) is **GRANTED**. The Clerk shall file the amended complaint (found at ECF No. 10-1).

**IT IS FURTHER ORDERED** that defendants' first motion to dismiss (ECF No. 8) is **DENIED AS MOOT**.

1

Dated at Milwaukee, Wisconsin, this 5th day of December, 2016.

                              s/ Lynn Adelman
                              _____
                              LYNN ADELMAN
                              District Judge